In the Matter of the Claim of DENNIS BARTON, Respondent, against OLYMPIA FASHIONS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.